478 A.2d 116

Commonwealth v. Kerpan, Appellant.
Petition for Allowance of Appeal
Granted Nov. 21, 1984.

 Argued January 10, 1984. Edward Guido, Public Defender, for appellant; Gregory B. Abeln, Assistant District Attorney, for appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The judgment of sentence upon the conviction of arson-endangering persons and the judgment of sentence upon attempted theft by deception are affirmed. The judgment of sentence imposed upon the conviction for arson-endangering property is vacated.